# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALEXANDER WHALEY, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

ALL-WEATHER SEAL OF WEST MICHIGAN, INC., a Michigan Domestic Profit Corporation,

    Defendant.

Case No. 1:21-cv-00302

Hon. Paul L. Maloney

## ORDER APPROVING FAIR LABOR STANDARDS ACT SETTLEMENT

Upon the parties' filing a Joint Motion for Approval of Fair Labor Standards Act Settlement, and the Court being fully advised in the premises;

The Court finds that, as a result of contested litigation, a bona fide dispute was resolved between the parties and a fair and reasonable settlement was reached;

IT IS HEREBY ORDERED that the Settlement Agreement reached between the parties is approved in its entirety;

IT IS FURTHER ORDERED that Plaintiff's claim will be dismissed with prejudice and without additional costs or attorney fees to either party.

IT IS SO ORDERED:

Date: August 24, 2021

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Court Judge