UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER WHALEY,<br>      Plaintiff,<br><br>-v-<br><br>ALL-WEATHER SEAL OF WEST<br>MICHIGAN, INC.,<br>      Defendant. | No. 1:21-cv-302<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 13), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 26, 2021            /s/ Paul L. Maloney

                       Paul L. Maloney
                       United States District Judge